Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-813

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | How to Chill Like a Cat |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | March 26, 2013 |
| **Nation of 1st Publication:** | South Africa |

## Author

| | |
|---|---|
| • **Author:** | Jennifer Le Feuvre |
| **Pseudonym:** | Micklyn Le Feuvre |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | South Africa |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jennifer Le Feuvre |
| | 5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jennifer Le Feuvre |
| **Email:** | micklynart@gmail.com |
| **Address:** | 5 Mannings Lane |
| | La Concorde |
| | Cape Town 7130 South Africa |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-892

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Rainbow Pastel Watercolor Moroccan Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 31, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-882

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Painted Protea Pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 05, 2015 |
| **Nation of 1st Publication:** | South Africa |

## Author

| | | |
|---|---|---|
| • | **Author:** | Jennifer Le Feuvre |
| | **Pseudonym:** | Micklyn Le Feuvre |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | South Africa |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jennifer Le Feuvre |
| | 5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jennifer Le Feuvre |
| **Email:** | micklynart@gmail.com |
| **Address:** | 5 Mannings Lane |
| | La Concorde |
| | Cape Town 7130 South Africa |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-392-429**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Crystal Bohemian Honeycomb Cubes - colorful hexagon pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | October 03, 2014 |
| **Nation of 1st Publication:** | South Africa |

## Author

| | |
|---|---|
| • **Author:** | Jennifer Le Feuvre |
| **Pseudonym:** | Micklyn Le Feuvre |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | South Africa |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jennifer Le Feuvre |
| | 5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jennifer Le Feuvre |
| **Email:** | micklynart@gmail.com |
| **Address:** | 5 Mannings Lane |
| | La Concorde |
| | Cape Town 7130 South Africa |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-815

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Laughing Baby Elephants – emerald and turquoise

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 17, 2016
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-392-451**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** Gilt & Glory - Colorful Moroccan Mosaic

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 30, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-873

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

## Title
___

**Title of Work:** Marble Moroccan Tile Pattern

## Completion/Publication
___

**Year of Completion:** 2019
**Date of 1st Publication:** May 24, 2019
**Nation of 1st Publication:** South Africa

## Author
___

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant
___

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions
___

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification
___

**Name:** David Denholm

Page 1 of 2





# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-396-033

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

## Title

**Title of Work:** Sapphire & Jade Stained Glass Mandalas

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 13, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-415

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** Cobalt Blue & China White Folk Art Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 15, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-423

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** Cream Floral Moroccan Pattern on Deep Indigo Ink

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 29, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-458

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title
_____

**Title of Work:**  Gypsy Floral in Teal & Blue

## Completion/Publication
_____

**Year of Completion:**  2014
**Date of 1st Publication:**  October 05, 2014
**Nation of 1st Publication:**  South Africa

## Author
_____

- **Author:**  Jennifer Le Feuvre
  **Pseudonym:**  Micklyn Le Feuvre
  **Author Created:**  2-D artwork
  **Citizen of:**  South Africa

## Copyright Claimant
_____

**Copyright Claimant:**  Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions
_____

**Name:**  Jennifer Le Feuvre
**Email:**  micklynart@gmail.com
**Address:**  5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification
_____

**Name:**  David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-872

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Luminescent Rainbow Jellyfish on Navy Blue

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 04, 2018
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-396-030

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

## Title
_____

**Title of Work:** Sunflowers Forever

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** February 06, 2015
**Nation of 1st Publication:** South Africa

## Author
_____

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant
_____

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions
_____

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification
_____

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-447

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** Emerald Doodle

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** July 19, 2013
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-421

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** Cool Jade & Icy Mint Decorative Moroccan Tile Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 13, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

---

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-419

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Cobalt Blue, Aqua & Gold Decorative Moroccan Tile Pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | September 24, 2014 |
| **Nation of 1st Publication:** | South Africa |

## Author

| | |
|---|---|
| **Author:** | Jennifer Le Feuvre |
| **Pseudonym:** | Micklyn Le Feuvre |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | South Africa |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jennifer Le Feuvre |
| | 5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jennifer Le Feuvre |
| **Email:** | micklynart@gmail.com |
| **Address:** | 5 Mannings Lane |
| | La Concorde |
| | Cape Town 7130 South Africa |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-413

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** Butterflies and Hibiscus Flowers - a painted pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 12, 2015
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-392-454

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** Glamorous Twenties Art Deco Pastel Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 14, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-811

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Hot Pink and Gold Baroque Floral Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 10, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-886

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Pink Giraffe Pattern

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 28, 2016
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-396-035

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

## Title

**Title of Work:** Teal and Aqua Lace Mandala on Grey

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 18, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-396-037

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Topaz & Ruby Crystal Honeycomb Cubes |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 26, 2015 |
| **Nation of 1st Publication:** | South Africa |

## Author

| | |
|---|---|
| **Author:** | Jennifer Le Feuvre |
| **Pseudonym:** | Micklyn Le Feuvre |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | South Africa |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jennifer Le Feuvre |
| | 5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jennifer Le Feuvre |
| **Email:** | micklynart@gmail.com |
| **Address:** | 5 Mannings Lane |
| | La Concorde |
| | Cape Town 7130 South Africa |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-396-039

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

## Title

**Title of Work:** Watercolor Ogee Patchwork Pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 08, 2015
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2

