**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| **JENNIFER LE FEUVRE,** | **Civil Action No.: 26-cv- 03075** |
| Plaintiff, | |
| v. | **Hon. Rebecca R. Pallmeyer** |
| **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",** | |
| Defendants. | |

**ORDER GRANTING DEFENDANT BUDGET LOUNGE CURVE'S MOTION
FOR A FIRST EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**

The Court having considered Defendant Budget Lounge Curve's Motion for a First Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and finding good cause shown, the Motion [37] is GRANTED.

Defendant Budget Lounge Curve, identified on Schedule A as Defendant No. 67, shall have up to and including June 11, 2026 to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: June 2, 2026

_____
Hon. Rebecca R. Pallmeyer
United States District Judge