**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JENNIFER LE FEUVRE,

     Plaintiff,                             Case No.: 1:26-cv-03075

v.                                    Judge Rebecca R. Pallmeyer

THE PARTNERSHIPS AND              Magistrate Judge Laura K. McNally
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 10 | KumCinm |
| 32 | Yip King Trading Co., Ltd. |
| 39 | Eden AA |
| 49 | GXFCNI |
| 64 | Little Cara |
| 77 | Ms AFT |
| 80 | dd womens clothing |
| 82 | HALANTING |
| 93 | Day Day Suit |
| 99 | SAN YIO SHOP |
| 108 | CJHAowry |
| 115 | Drelan Shop |
| 116 | FRESHINK Shop |

DATED:  June 2, 2026                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 2, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt