**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jennifer Le Feuvre

                    Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                    Defendant.

Case No.:
1:26–cv–03075
Honorable Rebecca R.
Pallmeyer

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 5, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion for entry of default and default judgment against the defendants identified in first amended schedule A [38] is granted. Order to enter. The fifty thousand dollar ($50,000) surety bond posted by Le Feuvre is hereby released to Le Feuvre or Plaintiff's counsel, JiangIP LLC, 33 West Jackson Boulevard, #2W, Chicago, Illinois, 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Le Feuvre or Plaintiff's counsel. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.